IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

RODNEY MOODY                                                                                    PLAINTIFF

vs.                                                    CIVIL ACTION NO. 4:12-CV-184 HTW-FKB

MAGISTRATE JUDGE LINDA R.
ANDERSON, ERIN O'LEARY CHALK,
GARLAND LYELL III, NIJAH LEWIS,
ATHENA O. MACINNIS, JEFF JENNINGS,
CHRIS SCOTT, ARNOLD BROWN, and
BRIGID KING                                                                                     DEFENDANTS


## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball and the written objection to the proposed findings and recommendation. Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court and the court hereby dismisses plaintiff's claims against all defendants with prejudice for failure to state a claim under the defendants' grant of immunity.

**SO ORDERED AND ADJUDGED, this the 31st day of October , 2013.**

                                                      **s/ HENRY T. WINGATE**
                                                      **UNITED STATES DISTRICT JUDGE**